# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

JOVANNI GRAHAM,

            Defendant.

Case No. 2:22-cr-00273-CDS-BNW

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 30, 2023 at the hour of 1:30 p.m., be vacated and continued to September 6, 2023 at the hour of 3:00 p.m. in Courtroom 3C.

DATED this 24th day of August, 2023.

UNITED STATES MAGISTRATE JUDGE

3