UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff

v.

JOVANNI GRAHAM,

    Defendant

Case No. 2:22-cr-00273-CDS-BNW

**Order Granting Stipulation to Continue Revocation of Supervised Release**

**[ECF No. 46]**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 5, 2023 at 10:00 a.m., be vacated and continued to October 16, 2023 at the hour of 10:00 A.M.

    DATED: October 2, 2023

_____
UNITED STATES DISTRICT JUDGE

3